UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Eric Krieg</u>

    v.                                              Case No. 22-cv-276-JL-AJ

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

After due consideration of the April 23, 2024 Order by Magistrate Judge Andrea K. Johnston, and the May 10, 2024 objection filed by the Petitioner, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 31, 2023.

_____
Joseph N. Laplante
United States District Judge

Date: May 28, 2024

cc:   Eric Krieg, pro se